

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 JUN. 12. 2015.

6/10/2015
WARREN, SHYDAREON ANTONEY
Tr. Ct. No. 141543301010-A

WR-83,426-01

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

RTS discharge

SHYDAREON ANTONEY WARREN
\_\_\_\_\_ - TDC # 1919487
_____
EDINBURG, TX \_\_\_\_\_

U T F